Charles M. Lizza
William C. Baton
Sarah A. Sullivan
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiff*
*Celgene Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CELGENE CORPORATION,** | |
| Plaintiff, | Civil Action No. 22-2952 (SDW)(LDW) |
| v. | (Filed Electronically) |
| **ONCOGEN PHARMA (MALAYSIA) SDN. BHD.,** | |
| Defendant. | |

**CONSENT JUDGMENT**

Plaintiff Celgene Corporation ("Celgene") and Defendant Oncogen Pharma (Malaysia) Sdn. Bhd. ("Oncogen"), the parties in the above-captioned action, hereby stipulate and consent to entry of judgment and an injunction in this action as follows:

IT IS this 25th day of May, 2022:

ORDERED, ADJUDGED, AND DECREED as follows:

1. This Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties for purposes of this action only, including as set forth below in Paragraph 6 of this Consent Judgment.

2. As used in this Consent Judgment, the term "Oncogen ANDA Product" shall mean a drug product manufactured, imported, sold, offered for sale, marketed, or distributed pursuant to Abbreviated New Drug Application No. 217281 in or for the United States of America, including its territories, possessions, and the Commonwealth of Puerto Rico.

3. As used in this Consent Judgment, the term "Patents-in-Suit" shall mean U.S. Patent Nos. 7,465,800; 7,855,217; 7,968,569; 8,530,498; 8,648,095; 9,101,621; and 9,101,622.

4. Until expiration of the Patents-in-Suit, Oncogen, including any of its successors and assigns, is enjoined from infringing the Patents-in-Suit, on its own part or through any third party on its behalf, by making, having made, using, selling, offering to sell, importing, or distributing of the Oncogen ANDA Product in or for the United States of America, including its territories, possessions, and the Commonwealth of Puerto Rico, unless and to the extent otherwise specifically authorized by Celgene, and is further enjoined from assisting or cooperating with any third parties in connection with any infringement of the Patents-in-Suit by any such third parties in connection with making, having made, using, selling, offering to sell, importing, or distributing of any lenalidomide-containing drug product that references New Drug Application 21-880 in or for the United States of America, including its territories, possessions, and the Commonwealth of Puerto Rico, unless and to the extent otherwise specifically authorized by Celgene.

5. Compliance with this Consent Judgment may be enforced by Celgene and its respective successors in interest or assigns.

6. This Court retains jurisdiction to enforce the terms of this Consent Judgment and to enforce and resolve any disputes related thereto.

7. All claims, counterclaims, affirmative defenses and demands in this action that relate to Oncogen are hereby dismissed with prejudice and without costs, disbursements, or attorneys' fees to any party.

8. Nothing herein prohibits or is intended to prohibit Oncogen from maintaining any "Paragraph IV Certification" pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) or pursuant to 21 C.F.R. § 314.94(a)(12) with respect to the Patents-in-Suit.

9. Nothing herein restricts or is intended to restrict the U.S. Food and Drug Administration from approving Abbreviated New Drug Application No. 217281 or the Oncogen ANDA Product.

_____
Hon. Susan D. Wigenton, U.S.D.J.

We hereby consent to the form and entry of this Judgment:

Dated: May 24, 2022

| By: | s/ Charles M. Lizza | By: | s/ Zhibin Li |
|---|---|---|---|
| | Charles M. Lizza<br>William C. Baton<br>Sarah A. Sullivan<br>SAUL EWING ARNSTEIN & LEHR LLP<br>One Riverfront Plaza, Suite 1520<br>Newark, New Jersey 07102-5426<br>(973) 286-6700<br>clizza@saul.com | | Zhibin Li<br>Locke Lord LLP<br>Brookfield Place<br>200 Vesey Street, 20th Floor<br>New York, NY 10281-2101<br>(212) 415-8600 |

*Attorneys for Plaintiff*  *Attorneys for Defendant*
*Celgene Corporation*  *Oncogen Pharma (Malaysia) Sdn. Bhd.*